AO 440 (Rev. 8,101) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

KENNETH COUTURE
    PLAINTIFF

V.

AMERICAN OVERSEAS MARINE CORP. and
GENERAL DYNAMICS CORP.
    DEFENDANTS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 05 0024

FILED
Clerk
District Court

AUG 1 8 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

TO: (Name and address of Defendant)

AMERICAN OVERSEAS MARINE CORP.
116 E. HOWARD ST.
QUINCY, MA 02169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRUCE BERLINE, ESQ.
P.O. BOX 5682 CHRB
SAIPAN, MP 96950

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 2 2 2005

GALO L. PEREZ
CLERK

_____
(By) DEPUTY CLERK

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 8/8/05 @ 4:30 pm |
| NAME OF SERVER (PRINT) Michael T. O'Rourke || TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: By Serving Brian Penrod @ Corporation Trust Center, 1209 Orange Street, Wilmington DE 19801, Section Head Process  30 male white 5'10" 170lbs brown hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/05
  Date

Signature of Server

Michael T. O'Rourke
O'Rourke Investigative Associates Inc.

Address of Server 1225 King Street
Suite 400
P.O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.