F I L E D
Clerk
District Court

FEB 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN OVERSEAS MARINE ) <br> CORPORATION and GENERAL DYNAMICS ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> _____ ) | CV NO. 05-0024 <br><br> **PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT PURSUANT TO LR 16.2CJ(d)** <br><br> Date: N/A <br> Time: N/A <br> Judge: Munson |

**COMES NOW** Plaintiff Kenneth Couture, by and through his counsel of record, William Fitzgerald and Bruce Berline, and submits the following supplemental disclosure statement pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d):

**ORIGINAL**

I. **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

    1.    Philip Parent, presumably an employee of Defendant American Overseas Marine Corporation, may testify as to condition of pipe rack and pipes in the rack and injuries of Plaintiff.

Plaintiff reserves the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed. R. Civ. P. 26(e). The subjects of information are provided to disclose the general topics of information to which that person may testify. Such information is not to be construed as an exhaustive, exclusive list nor intended to limit the scope of the individual's testimony if called as a witness at trial.

Dated this 17th day of February, 2006.

BRUCE BERLINE
Attorney for Plaintiff
P.O. Box 5682 CHRB
Saipan, MP 96950