```
                                        F I L E D
                                           Clerk
                                       District Court

                                        MAR 21 2006

                                   For The Northern Mariana Islands
                                   By_____
                                           (Deputy Clerk)
```

1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI Bar No. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5

   Attorneys for Defendants
6  American Overseas Marine Corporation
   and General Dynamics Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                              FOR THE
10
                     NORTHERN MARIANA ISLANDS
11

12

13  KENNETH COUTURE,                    CIVIL ACTION NO. CV05-0024

14              Plaintiff,

15       vs.                            STIPULATION TO CONTINUE
                                        STATUS CONFERENCE
16  AMERICAN OVERSEAS MARINE
    CORPORATION and GENERAL
17  DYNAMICS CORPORATION,

18              Defendants.

19
       **IT IS HEREBY AGREED AND STIPULATED** by and between the parties hereto,
20
    through their respective Counsel of record, that the Status Conference presently scheduled for
21
    March 24, 2006, be continued to **March 31, 2006 at 10:30 a.m.**
22
       SO STIPULATED AND AGREED to this 21st day of March 2006.
23

24  CARLSMITH BALL LLP

25                                      _____
                                        DAVID LEDGER
26                                      Attorneys for Defendants
                                        American Overseas Marine Corporation
27                                      and General Dynamics Corporation

28

4841-5184-3584.1.053276-00011

Page 2
Kenneth Couture vs. American Overseas Marine Corp., et al.
U.S. District Court for the Northern Mariana Islands Civil Action No. CV05-0024
STIPULATION TO CONTINUE STATUS CONFERENCE

SO STIPULATED AND AGREED to this 21st day of March 2006.

LAW OFFICE OF
WILLIAM M. FITZGERALD

_____
For WILLIAM M. FITZGERALD
Attorneys for Plaintiff
Kenneth Couture

SO STIPULATED AND AGREED to this 21st day of March 2006.

LAW OFFICE OF BRUCE BERLINE

_____
BRUCE BERLINE
Attorneys for Plaintiff
Kenneth Couture

4841-5184-3584.1.053276-00011