FILED
Clerk
District Court

MAR 21 2006

For The Northern Mariana Islands
By_______________
(Deputy Clerk)

CARLSMITH BALL LLP

DAVID LEDGER (CNMI Bar No. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

KENNETH COUTURE,

Plaintiff,

vs.

AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,

Defendants.

CIVIL ACTION NO. CV05-0024

**STIPULATION TO CONTINUE STATUS CONFERENCE**

**IT IS HEREBY AGREED AND STIPULATED** by and between the parties hereto, through their respective Counsel of record, that the Status Conference presently scheduled for March 24, 2006, be continued to **March 31, 2006 at 10:30 a.m.**

SO STIPULATED AND AGREED to this 21st day of March 2006.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

Page 2
Kenneth Couture vs. American Overseas Marine Corp., et al.
U.S. District Court for the Northern Mariana Islands Civil Action No. CV05-0024
STIPULATION TO CONTINUE STATUS CONFERENCE

SO STIPULATED AND AGREED to this 21st day of March 2006.

LAW OFFICE OF
WILLIAM M. FITZGERALD

For ______________________
WILLIAM M. FITZGERALD
Attorneys for Plaintiff
Kenneth Couture

SO STIPULATED AND AGREED to this 21st day of March 2006.

LAW OFFICE OF BRUCE BERLINE

______________________
BRUCE BERLINE
Attorneys for Plaintiff
Kenneth Couture

4841-5184-3584.1.053276-00011