William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

FILED
Clerk
District Court

APR 03 2006

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | **STIPULATION RE: EXPERT DISCLOSURE** |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Date: N/A<br>Time: N/A<br>Judge: Munson |
| Defendants. | |

Plaintiff Kenneth Couture, by and through his counsel of record, William Fitzgerald and Bruce Berline, and Defendants American Overseas Marine Corporation and General Dynamics Corporation, by and through their counsel, David Ledger, hereby stipulate to request this court to amend the case management scheduling order as to expert disclosure. Presently the Case Management Scheduling Order provides that the Plaintiff shall disclose expert witnesses by April 3, 2006 and Defendants shall disclose their expert witnesses by April 24, 2006. The parties wish to extend these dates by

approximately two weeks and thus stipulate to amend the Case Management Scheduling Order as follows:

1. Plaintiff shall disclose his experts on or before April 17, 2006; and,
2. Defendants shall disclose its experts on or before May 1, 2006.

So Stipulated.

Dated: 3/31/06

BRUCE BERLINE
Attorney for Plaintiff

Dated: 3/31/06

DAVID LEDGER
Attorney for Defendants

## ORDER

Pursuant to the above stipulation, the Court approves of and grants the request by the parties to amend the Case Management Scheduling Order. Accordingly, it is hereby ordered that Plaintiff shall disclose his experts on or before April 17, 2006 and, Defendants shall disclose its experts on or before May 1, 2006.

Dated this 3RD day of APRIL, 2006

ALEX R. MUNSON
Chief Judge

RECEIVED
MAR 31 2006
District Court
For the Northern Mariana Islands