1

**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**

2

1st Floor, Macaranas Building
P.O. Box 909

3

Saipan, MP 96950
Telephone (670) 234-7241

4

Facsimile (670) 234-7530

FILED
Clerk
District Court

APR 17 206

For The Northern Mariana Islands
By_____
(Deputy Clerk)

5

6

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**

1st Floor, Macaranas Building

7

P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950

8

Telephone: (670) 233-3663
Facsimile: (670) 233-5262

9

10

Attorneys for Plaintiffs

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE

13

14

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

15

16

KENNETH COUTURE,                    )    CV NO. 05-0024
                                    )
              Plaintiff,            )

17

                                    )    **PLAINTIFF'S    EXPERT    WITNESS**
          v.                        )    **DISCLOSURE**

18

                                    )
AMERICAN   OVERSEAS   MARINE)

19

CORPORATION and GENERAL DYNAMICS)   )    Date:  N/A
CORPORATION,                        )    Time:  N/A

20

                                    )    Judge: Munson
              Defendants.           )

21

_____)

22

23

          **COMES NOW** Plaintiff Kenneth Couture, by and through his counsel of record, William

24

Fitzgerald and Bruce Berline, and submits the following disclosure statement pursuant to this Court's

25

Case Management Order:

26

          1.     Dr. Jerome T. Landtrom, MD, FACS

27

28

# ORIGINAL

2.    Dr. Bernard Osborne, Saipan Health Clinic, Saipan MP 96950

Dated this 12th day of April, 2006.

BRUCE BERLINE
Attorney for Plaintiff
P.O. Box 5682 CHRB
Saipan, MP 96950