CARLSMITH BALL LLP

DAVID LEDGER (CNMI Bar No. F0195)
Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

FILED
Clerk
District Court

MAY 01 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. CV05-0024<br><br>DEFENDANTS EXPERT WITNESS DISCLOSURES; EXHIBIT A; CERTIFICATE OF SERVICE |

## DEFENDANTS EXPERT WITNESS DISCLOSURES

Defendants hereby disclose expert witnesses to be called to testify at trial.

1.  Noel Slapp, Allied Marine Surveyors, P.O. Box 5773, Saipan, MP 96950. Allied Marine's company profile and curriculum vitae of Mr. Slapp are attached hereto as Exhibit A. Mr. Slapp will testify regarding the configuration and use of the pipe rack located at the 63' passage deck and to matters related to the same subject. It should be noted that Mr. Slapp will testify as to his expert opinions in his capacity as a defense expert, as well as a fact witness with regard to the pipe rack.

4815-1887-7440.1.053276-00011

2.  Defendants will name an expert to testify regarding industry standards for medical facilities on board merchant marine vessels and delivery of medical services to seamen serving aboard merchant marine vessels such as the M/V JACK LUMMUS. This expert will offer rebuttal testimony to Plaintiff's Dr. Osborne as well as his or her affirmative opinions.

DATED: May 1, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May 2006, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANTS EXPERT WITNESS DISCLOSURES; EXHIBIT** A upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and
> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: May 1, 2006.

_____
DAVID LEDGER

4815-1887-7440.1.053276-00011                    3.

| | | | |
|---|---|---|---|
| **Allied Marine Surveyors** | Hull & Machinery<br>Loading & Discharging<br>Stability & Deck Loads<br>Draft & Quantity<br>Marine Cargo Insurance<br>Adjusting | P.O. Box 5773 CHRB,<br>SAIPAN, MP96950.<br>Tel: 1 (670) 234 9511<br>Fax: 1 (670) 234 9512<br>Pager: 1 (670) 236 1154<br>E-mail: allied@itecnmi.com | Our Reference:<br>01032729<br><br>Your Reference: |

## COMPANY PROFILE
### Saipan & Guam

**Principals:**   Noel Slapp, Australian DOT Master Mariner Class 1 (Foreign Going, Unlimited),
Australian Institute of Marine Surveyors, Society of Naval Architects and Marine Engineers

Rick Care, DOT Master Mariner Class 1 (Foreign Going, Unlimited),
Australian Institute of Marine Surveyors

Gerry Seymour, UK Master Mariner Foreign Going,
Australian Institute of Marine Surveyors

James Short, Australian DOT Chief Engineer

Timothy Westman, USCG Limited Master

**Associated Surveyors:**   John Robinson MNI, UK Master Mariner Foreign Going,
Rick Seidler, USCG Limited Master

**History: -**   Incorporated in the Commonwealth Northern Mariana Islands (C.N.M.I.), September 1993, and more recently in Australia and Guam. Previously incorporated as the surveying department of Vimar Offshore Industries (VOI), a marine services company in the C.N.M.I..

**Allied Marine Surveyors Limited** (AMS) through its principals offers a range of marine survey services inter alia: ISO & ISM Auditing, hull and machinery surveys, cargo loading and discharge (general, bulk, liquid, hazardous), heavy lift and project cargoes, draft, insurance valuation and condition, marine cargo claims, average adjusting. Additionally, it offers stevedoring consulting services particularly where it pertains to project and heavy lift cargoes.

The principals of AMS, have over 70 years combined experience in marine surveying. They have performed:

1. H & M & IMO safety certificate surveys for Lloyds Registry, American Bureau of Shipping, Det Norske Veritas, Bureau Veritas, Vanuatu, various flag states;

2. H & M, valuation and damage surveys for numerous P & I clubs and insurance companies such as Shipowners Mutual P & I Club Luxembourg, British Marine Mutual Insurance Associates, Ltd., Lloyds underwriters and agents, UK P & I Club, Britannia, Japan P & I, Korea

Visit our web site, alliedmarine.net

AMS

**EXHIBIT A**

AMS                                                                                          Page No.      2
Our Reference: 01032729

        P & I, TT Club, Salvage Association[1];

3. Stability surveys for United States Coast Guard and underwriters;

4. Underwater hull surveys for American Bureau of Shipping, Bureau Veritas, Germanscher Lloyd, owners and underwriters,

5. Cargo loading and discharge surveys for numerous P & I clubs, underwriters, consignees, survey companies and shippers;

6. Draft surveys for numerous shippers, consignees and ship owners, port authorities survey companies and bailees;

7. Marine Cargo Damage surveys and average adjusting for numerous underwriters including Lloyds, consignees, P & I clubs, ship owners, and shippers;

8. Condition and Valuation surveys

9. Salvage and repair evaluation, supervision, and performance for numerous owners, underwriters, and authorities,

10. ISO & ISM audits and consulting

Additionally, the principals have been actively involved in ship management, ownership, chartering and operation, so have broadly based experience in interpreting the information gained from surveys, particularly as it pertains to, and affects all of the interested parties.

They have consulted to and performed numerous specialised cargo deliveries including heavy lifts, dangerous and hazardous cargoes.

The principals have testified at court hearings, government hearings and arbitration hearings where their technical testimony and opinion was accepted and affected the decisions of the courts.

**Associations**: Allied Marine Surveyors Limited is associated with the Society of Naval Architects & Marine Engineers, Australian Institute of Marine Surveyors, as well as other leading marine services and surveying companies, and experts throughout the world for technical and physical backup.

**Divers**: Noel Slapp, James Pinson, Fred Nosek, Rick Seidler

---

[1] AMS (Saipan) is correspondent for TT Club (Thomas Miller) in the Micronesia

Visit our web site http://www.alliedmarine.net

---

Allied Marine Surveyors        Tel: 1 (670) 234 9511        Fax: 1 (670) 234 9512        E-mail: allied@itecnmi.com

# CURRICULUM VITÆ

**NOEL SLAPP**

| | |
|---|---|
| Date of Birth: | 15 August 1956 |
| Current Address: | P.O. Box 3 CHRB, Saipan, MP96950. |
| Nationality: | Australian |
| Member | Australian Institute of Marine Surveyors No. 220 |
| | Society of Naval Architects & Marine Engineers, NJ |
| Appointed Surveyor to | Lloyds' agent for marine cargo losses, and |
| | Salvage Association, and |
| | Flag States, and |
| | others |
| Correspondent for: | Throughtrans Services (Asia) Limited as General Correspondent for the Through Transport Club |
| Accepted as expert witness in: | US Federal Court, and |
| | National and State courts of Federated States of Micronesia |

## 1. EDUCATION:

| | |
|---|---|
| 1974: | Higher School Certificate -   matriculated 95%-100% |
| 1976 | Dive Master |
| 1978 | Obtained Certificate of Competency Second Mates Unlimited Foreign Going. |
| 1978-1980 | Attended Sydney Technical College (Nautical) engineering |
| (1980) | Obtained Certificate of Competency First Mates Unlimited Foreign Going. |
| 1984 | Obtained Certificate of Competency Master Foreign Going Unlimited (Australian No. 425). |
| 1997 | Obtained certification (Stebbing & Partners, Inc.) IRCA course No. 9891 - Auditor/Lead Auditor for ISM and ISO |
| 1997 | Obtained Annual Safety Inspector No. ISB-07 from Directorate General of Consular and Maritime Affairs, Republic of Panamá |
| 1998 | Obtained Annual Safety Inspector No. IMD-75 from Directorate General of Consular and Maritime Affairs, Republic of Panamá |
| | |
| Other Certificates Held | Radar Observers |
| | Radar Simulator |
| | Radio Telephony |
| | |
| Courses Attended | Shipmaster's Medical |
| | Advanced Fire Fighting |
| | Liferaft Simulator |
| | Average Adjusters |

Ref: 020731

1