F I L E D
Clerk
District Court

MAY 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP

Carlsmith Ball LLP Building
Capitol Hill
Post Office Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO. CV05-0024<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on the 10th day of May 2006, a copy of the **DEFENDANTS SUPPLEMENTAL EXPERT WITNESS DISCLOSURES; EXHIBIT A** was served by hand delivery upon the following Counsels of record or the persons in charge of their office:

    William M. Fitzgerald, Esq.
    Law Office of William M. Fitzgerald
    1st Floor, Macaranas Building
    Post Office Box 909
    Saipan, MP 96950

4833-3081-9585.1.053276-00011

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
Post Office Box 5682 CHRB
Garapan, Saipan MP 96950

DATED: May 12, 2006.

_____
ALFRED C. SANTOS

4833-3081-9585.1.053276-00011                         2.