F I L E D
Clerk
District Court

MAY 19 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP

2  DAVID P. LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 541
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendants
6  American Overseas Marine Corporation and General Dynamics
   Corporation
7

8
                 UNITED STATES DISTRICT COURT
9
                          FOR THE
10
                  NORTHERN MARIANA ISLANDS
11

12  KENNETH COUTURE,                    CIVIL ACTION NO. CV05-0024

13         Plaintiff,                   **SUBPOENA DUCES TECUM;
                                        CERTIFICATE OF SERVICE**
14     vs.

15  AMERICAN OVERSEAS MARINE
    CORPORATION and GENERAL
16  DYNAMICS CORPORATION,

17         Defendants.

18

19

20  TO:   **PACIFIC HAND SURGERY CENTER
          JERONE T. LANDSTROM, M.D.**
21        **SUITE 212
          633 GOVERNOR CARLOS CAMACHO ROAD**
22        **TAMUNING, GUAM USA 96913**

23

1    **YOU ARE HEREBY COMMANDED** to produce at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam, on **Friday, May 26, 2006, at 9:00 o'clock a.m.**, the following items listed:

    1.    Any and all medical records with respect to:

> **Kenneth Couture**
> **Social Security Number is** ▮
> **Date of Birth:** ▮

DATED: Hagåtña, Guam, May 19, 2006.

CARLSMITH BALL LLP

_/s/_____
DAVID P. LEDGER
JOHN D. OSBORN
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May 2006, I will cause to be served, via hand delivery, a true and correct copy of **SUBPOENA DUCES TECUM** upon the following Counsels of record:

> **William M. Fitzgerald, Esq.**
> **Law Office of William M. Fitzgerald**
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and

> **Bruce Berline, Esq.**
> **Law Office of Bruce Berline**
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: Hagåtña, Guam, May 19, 2006.

_____
DAVID P. LEDGER