| | |
|---|---|
| 1  CARLSMITH BALL LLP | |
| 2  DAVID LEDGER (CNMI Bar No. F0195) | F I L E D |
|    Carlsmith Ball LLP Building | Clerk |
| 3  Capitol Hill | District Court |
|    Post Office Box 5241 | |
| 4  Saipan, MP 96950-5241 | MAY 23 2006 |
|    Tel No. 670.322.3455 | |
| 5 | For The Northern Mariana Islands |
|    Attorneys for Defendants | By_____ |
| 6  American Overseas Marine Corporation | (Deputy Clerk) |
|    and General Dynamics Corporation | |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | |
| vs. | **DEFENDANTS'** *SECOND SUPPLEMENTAL* **RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS; CERTIFICATE OF SERVICE** |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | |

Defendants' hereby submits its *second supplemental response* to Plaintiff's First Set of Request for Production of Documents and Things as follows:

1. Photograph of the 63' Passage pipe rack taken on the date shown on the photo.

DATED: May 22, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

4814-3255-7568.1.053276-00011

ORIGINAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of May 2006, I will cause to be served a true and correct copy of **DEFENDANTS'** *SECOND SUPPLEMENTAL* **RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: May 22, 2006.

_____
DAVID LEDGER