**William M. Fitzgerald, Esq.**
LAW OFFICES OF WILLIAM M. FITZGERALD
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

**Bruce Berline, Esq.**
LAW OFFICE OF BRUCE BERLINE
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 5682 CHRB
Saipan, MP 96950
Telephone: (670) 233-3663
Fax: (670) 233-5262

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JUN 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,<br><br>　　　　　Defendants. | CIVIL ACTION NO. CV05-0024<br><br><br>**STIPULATION EXTENDING CASE MANAGEMENT ORDER DEADLINES** |

　　　WHEREAS, the parties have retained multiple experts in this case and, despite due diligence, require additional time to obtain expert reports; and

　　　WHEREAS, the plaintiff has encountered difficulty in producing plaintiff's expert reports and, despite due diligence, requires additional discovery time for this task;

1

WHEREAS, even with the exercise of due diligence, the parties are unable to meet the existing Case Management deadlines for expert witness reports and expert witness discovery;

The parties hereby STIPULATE to extend forthcoming deadlines listed in the Case Management Scheduling Order, filed on September 20, 2005, approximately 90 days to allow for the orderly accomplishment of the foregoing. The parties propose the following Case Management Order deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | April 3, 2006 | June 16, 2006 |
| Defendant/Third Party Defendant Expert Disclosures | April 24, 2006 | August 18, 2006 |
| Completion of Expert Discovery | June 1, 2006 | September 29, 2006 |
| Hearing on Dispositive Motions | July 13, 2006 | November 10, 2006 |
| Settlement Conference | July 21, 2006 @ 9:00 a.m. | July 21, 2006 @ 9:00 a.m. |
| Jointly-prepared Final Pretrial Order pursuant to Local Rule 16.2CJ.e.9 | August 11, 2006 | November 6, 2006 |
| Final Pretrial Conference | August 18, 2006 @ 9:00 a.m. | November 17, 2006 @ 9:00 a.m. |
| Trial | August 28, 2006 @ 9:00 a.m. | November 27, 2006 @ 9:00 a.m. |

SO STIPULATED AND AGREED TO.

CARLSMITH BALL LLP
Attorneys for Defendants American Overseas Marine Corporation and General Dynamics Corporation

By: DAVID P. LEDGER, ESQ.

Date: June _8_, 2006

LAW OFFICE OF WILLIAM M. FIZGERALD
Attorney for Plaintiff

By: WILLIAM M. FITZGERALD, ESQ.

Date: June 12, 2006