William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone:   (670) 234-7241
Fax:         (670) 234-7530

Bruce Berline, Esq.
LAW OFFICE OF BRUCE BERLINE
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 5682 CHRB
Saipan, MP 96950
Telephone:   (670) 233-3663
Fax:         (670) 233-5262

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION EXTENDING CASE MANAGEMENT SCHEDULING ORDER DEADLINES** |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | |

This matter, having come before this Court, upon the parties' Stipulation Extending Case Management Case Order Deadlines, and good cause having been presented to this Court, IT IS HEREBY ORDERED that the Stipulation Extending Case Management Case Order Deadlines is hereby GRANTED.

1

The deadlines listed in the September 20, 2005 Case Management Scheduling Order are extended as follows:

| | **Deadline** |
|---|---|
| Plaintiff's Expert Disclosures | June 16, 2006 |
| Defendant/Third Party Defendant Expert Disclosures | August 18, 2006 |
| Completion of Expert Discovery | September 29, 2006 |
| Hearing on Dispositive Motions | November 10, 2006 |
| Settlement Conference | July 21, 2006 @ 9:00 a.m. |
| Jointly-prepared Final Pretrial Order pursuant to Local Rule 16.2CJ.e.9 | November 6, 2006 |
| Final Pretrial Conference | November 17, 2006 @ 9:00 a.m. |
| Trial | November 27, 2006 @ 9:00 a.m. |

SO ORDERED on this 12TH day of June, 2006

_____
ALEX R. MUNSON
Judge

RECEIVED
JUN 1 2 2006
Clerk
District Court
The Northern Mariana Islands

2