**William M. Fitzgerald, Esq.**
LAW OFFICES OF WILLIAM M. FITZGERALD
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

**Bruce Berline, Esq.**
LAW OFFICE OF BRUCE BERLINE
1st Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 5682 CHRB
Saipan, MP 96950
Telephone: (670) 233-3663
Fax: (670) 233-5262

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,<br><br>            Defendants. | CIVIL ACTION NO. CV05-0024<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

The parties to the above-captioned case hereby stipulate that the Settlement Conference, currently scheduled for July 21, 2006, at 9:00 a.m., be continue to **August 9, 2006, at 8:30 a.m.**

1

1  SO STIPULATED AND AGREED TO.

2

| | |
|---|---|
| CARLSMITH BALL LLP<br>Attorneys for Defendants American Overseas Marine Corporation and General Dynamics Corporation | LAW OFFICE OF WILLIAM M. FIZGERALD<br>Attorney for Plaintiff |
| */s/ Steven Cannon*<br>By: DAVID P. LEDGER, ESQ.<br>Date: July 11, 2006 | */s/ William M. Fitzgerald*<br>By: WILLIAM M. FITZGERALD, ESQ.<br>Date: July 10, 2006 |