F I L E D
Clerk
District Court

JUL 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **William M. Fitzgerald, Esq.**
2  LAW OFFICES OF WILLIAM M. FITZGERALD
   1st Fl. Macaranas Bldg., Garapan Beach Road
3  P.O. Box 500909
   Saipan, MP 96950
4  Telephone:  (670) 234-7241
   Fax:        (670) 234-7530
5
6  **Bruce Berline, Esq.**
   LAW OFFICE OF BRUCE BERLINE
7  1st Fl. Macaranas Bldg., Garapan Beach Road
   P.O. Box 5682 CHRB
8  Saipan, MP 96950
   Telephone:  (670) 233-3663
9  Fax:        (670) 233-5262

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | |

This matter, having come before this Court, upon the parties' Stipulation to Continue Settlement Conference, and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference is continued to **August 9, 2006**, at **8:30 a.m.**

1

SO ORDERED on this __12th__ day of July, 2006

_____
ALEX R. MUNSON
Judge