William M. Fitzgerald, Esq.
**LAW OFFICE OF WILLIAM M. FITZGERALD**
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, ) | CV NO. 05-0024 |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE SETTLEMENT CONFERNCE** |
| v. ) | |
| ) | Date: N/A |
| AMERICAN OVERSEAS MARINE ) CORPORATION and GENERAL DYNAMICS ) | Time: N/A |
| CORPORATION, ) | Judge: Munson |
| Defendants. ) | |

The parties to the above-captioned case hereby stipulate that the Settlement Conference, currently scheduled for August 9, 2006 at 9:00 a.m., be taken off calendar until the parties determine that such talks may likely result in a resolution of the matter or until this Court orders otherwise.

1  SO STIPULATED AND AGREED TO this __8__ day of August, 2006.

/s/  Bruce Berline
_____
BRUCE BERLINE
Attorneys for Plaintiff Kenneth Couture

SO STIPULATED AND AGREED TO this __8th__ day of August, 2006.

CARLSMITH BALL LLP

By: _____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation and
General Dynamics Corporation