William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

Bruce Berline, Esq.
Law Office of Bruce Berline
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | (PROPOSED) |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | ORDER CONTINUING SETTLEMENT CONFERENCE |
| Defendants. | |

This matter, having come before this Court, upon the parties' Stipulation to Continue Settlement Conference, and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference be taken off calendar until the parties determine that such talks may likely result in a resolution of the matter or until this Court orders otherwise.

1  SO ORDERED on this ____ day of August, 2006.
2
3
4
5                                          ALEX R. MUNSON
                                           Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28