William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

Bruce Berline, Esq.
Law Office of Bruce Berline
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

FILED
Clerk
District Court

AUG - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

KENNETH COUTURE,

    Plaintiff,

v.

AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION,

    Defendants.

CV NO. 05-0024

~~(PROPOSED)~~

ORDER CONTINUING SETTLEMENT CONFERENCE

This matter, having come before this Court, upon the parties' Stipulation to Continue Settlement Conference, and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference be taken off calendar until the parties determine that such talks may likely result in a resolution of the matter or until this Court orders otherwise.

1  SO ORDERED on this 9TH day of August, 2006.
2
3
4
5  ALEX R. MUNSON
   Judge