F I L E D
Clerk
District Court

SEP 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE<br>CORPORATION, et al.,<br><br>Defendants. | Case No. CV-05-0024<br><br>**ORDER SETTING STATUS<br>CONFERENCE** |

At the request of the parties, a status conference shall be scheduled for **September 22, 2006,**
**at 10 a.m.**

**IT IS SO ORDERED.**

**DATED** this 20th day of September, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge