```
                                                           F I L E D
                                                              Clerk
                                                          District Court

                                                          OCT 1 0 2006

                                                     For The Northern Mariana Islands
                                                     By_____
                                                          (Deputy Clerk)
```

1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5

   Attorneys for Defendant
6  American Overseas Marine Corporation

7

8

9              UNITED STATES DISTRICT COURT

10                      FOR THE

11             NORTHERN MARIANA ISLANDS

12

| 13 | KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
|----|---|---|
| 14 | Plaintiff, | |
| 15 | vs. | **AMENDED CASE MANAGEMENT SCHEDULING ORDER** |
| 16 | AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| 17 | | |
| 18 | Defendants. | |

Pursuant to Defendant's motion for new case management dates the Court conducted a Status Conference on September 22, 2006. William Fitzgerald and Bruce Berline appeared on behalf of the Plaintiff and David Ledger appeared on behalf of the Defendants. After hearing arguments from Counsel, and good cause appearing therefore, the Court ordered that the Case Management Order be amended as follows:

    1.    Trial:    April 9, 2007;

    2.    Pretrial Conference:    March 30, 2007 at 10:00 a.m.;

4810-9336-4225.1.053276-00011

3. Discovery cutoff: March 1, 2007. All written discovery shall be served by this date and all fact and expert witness depositions shall be completed; *provided, however*, that depositions of Capt. David Hagner and Chief Mate Peter Kirk may be taken at a mutually agreeable time up to one week prior to trial;

4. Settlement Conference: upon request of either party;

5. Dispositive motions: to be briefed and noticed so as to be heard by March 1, 2007.

SO ORDERED: 10-10-06

_____
HONORABLE ALEX R. MUNSON
District Judge

SUBMITTED BY:

DATED: October 4, 2006.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
American Overseas Marine Corporation

APPROVED AS TO FORM AND CONTENT:

DATED: October 4, 2006.

LAW OFFICES OF
WILLIAM M. FITZGERALD

_____
WILLIAM M. FITZGERALD
Attorneys for Plaintiff
Kenneth Couture

4810-9336-4225.1.053276-00011         -2.-

RECEIVED
OCT - 6 2006
Clerk
District Court
The Northern Mariana Islands