```
 1  CARLSMITH BALL LLP
 2  DAVID LEDGER (CNMI Bar No. F0195)
    Carlsmith Ball LLP Building
 3  Capitol Hill
    Post Office Box 5241
 4  Saipan, MP 96950-5241
    Tel No. 670.322.3455
 5
    Attorneys for Defendants
 6  American Overseas Marine Corporation
    and General Dynamics Corporation
 7
 8
 9              UNITED STATES DISTRICT COURT
10                       FOR THE
11              NORTHERN MARIANA ISLANDS
12
13  KENNETH COUTURE,              CIVIL ACTION NO. CV05-0024
14          Plaintiff,
15      vs.
                                  NOTICE OF DEPOSITION;
16  AMERICAN OVERSEAS MARINE      CERTIFICATE OF SERVICE
    CORPORATION and GENERAL
17  DYNAMICS CORPORATION,
18          Defendants.
19
20  TO:  PLAINTIFF KENNETH COUTURE
         by and through his Attorney of record
21       Bruce Berline, Esq.
         Law Office of Bruce Berline
22       1st Floor, Macaranas Building
         Post Office Box 5682 CHRB
23       Garapan, Saipan MP 96950
24
```

PLEASE TAKE NOTICE that American Overseas Marine Corporation and General Dynamics Corporation, Defendants in the above-entitled action, will take the deposition of **KENNETH COUTURE** at the Law Offices of Bruce Berline, 1st Floor, Macaranas Building, Garapan, Saipan MP 96950, on **Wednesday, December 20, 2006 at 1:30 o'clock p.m.**

4832-4734-6945.1.053276-00011

RECEIVED DEC 15 2006  5:20pm

1  The deposition will be recorded pursuant to the Rules of Civil Procedure for the District
2  Court of the Commonwealth of the Northern Mariana Islands.  If said deposition is not
3  completed on the date set out above, the taking of the
4  depositions will be continued from day to day thereafter, except for Sundays and holidays, at the
5  same place, until completed.
6
7  DATED: December 13, 2006.
8  CARLSMITH BALL LLP
9
   _____
   DAVID LEDGER
10 Attorneys for Defendants
   American Overseas Marine Corporation
11 and General Dynamics Corporation

4832-4734-6945.1.053276-00011                    2.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of December 2006, I will cause to be served, via hand delivery, a true and correct copy of **NOTICE OF DEPOSITION** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: December 13, 2006.

_____
DAVID LEDGER