| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | DAVID LEDGER (CNMI Bar No. F0195)<br>Carlsmith Ball LLP Building |
| 3 | Capitol Hill<br>Post Office Box 5241 |
| 4 | Saipan, MP 96950-5241<br>Tel No. 670.322.3455 |
| 5 | |
| 6 | Attorneys for Defendants<br>American Overseas Marine Corporation<br>and General Dynamics Corporation |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION;**<br>**CERTIFICATE OF SERVICE** |
| AMERICAN OVERSEAS MARINE<br>CORPORATION and GENERAL<br>DYNAMICS CORPORATION, | |
| Defendants. | |

TO:   Dr. JERONE T. LANDSTROM, M.D., FACS
      **Pacific Hand Surgery Center**
      **Suite 212, 633 Governor Carlos Camacho Road**
      **Tamuning, Guam 96913**
      **#(671) 646-4263**

PLEASE TAKE NOTICE that American Overseas Marine Corporation and General Dynamics Corporation, Defendants in the above-entitled action, will take the deposition of **Dr. JERONE T. LANDSTROM, M.D., FACS** at the Law Offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on **Friday, February 2, 2007, at 3:00 o'clock p.m.**

4816-0521-3185.1.053276-00011

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of the Commonwealth of the Northern Mariana Islands. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: January 19, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January 2007, I will cause to be served, via hand delivery, a true and correct copy of **NOTICE OF DEPOSITION** upon the following Counsels of record:

        William M. Fitzgerald, Esq.
        Law Office of William M. Fitzgerald
        1st Floor, Macaranas Building
        Post Office Box 909
        Saipan, MP 96950

and        Bruce Berline, Esq.
        Law Office of Bruce Berline
        1st Floor, Macaranas Building
        Post Office Box 5682 CHRB
        Garapan, Saipan MP 96950

DATED: January 19, 2007.

_____
DAVID LEDGER