**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone:  (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Time: N/A |
| | Date:  N/A |
| Defendants. | Judge: Munson |

    Comes now Plaintiff Kenneth Couture, by and through his attorney of record, Bruce Berline, and, pursuant to Local Rule 7.1.h.3(b) and LcrR 12.1, moves  ex parte for an order allowing Plaintiff to file his motion for summary judgment on or before February 8, 2007.  This Court's current scheduling order states that dispositive motions shall be filed so as to be heard on March 1, 2007.  Accordingly, pursuant to this Court's local rules, the motion is due today, February 1, 2007.

    This ex parte motion is based upon the fact that counsel for plaintiff has recently lost contact with Plaintiff, probably due to the Lummus sailing back to Saipan.  Plaintiff was scheduled to contact

this office on Tuesday for final review of certain documents, well after such documents had been provided to him, but communication can be difficult while on the ship.

Counsel for Plaintiff, Bruce Berline, contacted David Ledger, counsel for defendants, and Mr. Ledger stated that he has no objection to this ex parte request.

This is Plaintiff's first such request for an extension of time in this matter. If granted, it will not unduly interfere with this case's other scheduled matters as the hearing for the motions for summary judgment has been moved from March 1, 2007 to March 15, 2007, at 10:00 a.m. Thus, even with the new filing deadline, the new hearing date for the summary judgment will allow the parties to oppose and reply to the motion in a timely matter in accordance with the local rules.

Dated this 1st day of February, 2007.

                 /s/ Bruce Berline
BRUCE BERLINE
Attorney for Plaintiff
P.O. Box 5682 CHRB
Saipan, MP 96950

-2-