**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | ) CV NO. 05-0024 |
| | ) |
| Plaintiff, | ) |
| | ) [proposed] ORDER RE: GRANTING |
| v. | ) PLAINTIFF'S EX PARTE MOTION FOR |
| | ) EXTENSION OF TIME TO FILE MOTION |
| AMERICAN OVERSEAS MARINE | ) FOR SUMMARY JUDGMENT |
| CORPORATION and GENERAL DYNAMICS | ) |
| CORPORATION, | ) |
| | ) Time:  N/A |
| Defendants. | ) Date:  N/A |
| | ) Judge: Munson |

　　　　Pursuant to Local Rules 7.1.h.3(b) and LcrR 12.1,  good cause having been shown, and there being no objection from the defendants, Plaintiff's Ex Parte Motion for Extension of Time to File Motion for Summary Judgment is hereby granted.  Plaintiff shall file his motion for summary judgment on or before Thursday, February 8, 2007.

SO ORDERED.

　　　　Dated this ____ day of February, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON, Chief Judge

-1-