| | |
|---|---|
| 1  CARLSMITH BALL LLP | F I L E D<br>Clerk<br>District Court |
| 2  DAVID LEDGER (CNMI BAR NO. F0195)<br>   Carlsmith Ball LLP Building | |
| 3  Capitol Hill | FEB - 1 2007 |
|    Post Office Box 5241 | |
| 4  Saipan, MP 96950-5241 | For The Northern Mariana Islands |
|    Tel No. 670.322.3455 | By_____ |
| 5 | (Deputy Clerk) |
|    Attorneys for Defendants | |
| 6  American Overseas Marine Corporation | |
|    and General Dynamics Corporation | |

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | NOTICE OF FILING UNDER SEAL;<br>CERTIFICATE OF SERVICE: |
| vs. | |
| AMERICAN OVERSEAS MARINE<br>CORPORATION and GENERAL<br>DYNAMIC CORPORATION, | DEFENDANTS MOTION FOR<br>SUMMARY JUDGMENT;<br>MEMORANDUM IN SUPPORT<br>THEREOF; EXHIBITS A-D;<br>DECLARATION OF THOM |
| Defendants. | MERRELL; DECLARATION OF<br>DAVID LEDGER |

This Motion and the accompanying Exhibits A-D and Declarations are being filed under seal by agreement of Counsel, David Ledger and Bruce Berline. The Exhibits are filed under seal because, with the exception of Plaintiff's Answers to certain Interrogatories, Counsel have agreed to keep the Exhibits confidential and not distribute them to others. The Motion is being filed under seal, and not served until a later date, likewise by agreement of Counsel. In particular, Defendants filed this Motion on the day presently set for such filing, February 1,

4811-7241-4209.1.053276-00011

2007, whereas Plaintiff will be filing a Motion at a later date with leave of Court. Defendants do not object to Plaintiff filing on a later date. On that date, which will be on or before February 8, 2007, this Motion, but not the Exhibits, will be unsealed and served on Plaintiff.

DATED: Hagåtña, Guam, February 1, 2007.

CARLSMITH BALL LLP

_[signature]_
DAVID LEDGER
Attorneys for Defendant
American Overseas Marine Corporation

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that on the 1st day of February 2007, I will cause to be |
| 3 | served, via hand delivery, a true and correct copy of the **NOTICE OF FILING UNDER SEAL;** |
| 4 | **CERTIFICATE OF SERVICE** upon the following Counsels of record: |

William M. Fitzgerald, Esq.
Law Office of William M. Fitzgerald
1st Floor, Macaranas Building
Post Office Box 909
Saipan, MP 96950

and

Bruce Berline, Esq.
Law Office of Bruce Berline
1st Floor, Macaranas Building
Post Office Box 5682 CHRB
Garapan, Saipan MP 96950

DATED: Hagåtña, Guam, February 1, 2007.

DAVID LEDGER

4811-7241-4209.1.053276-00011                    -3-