F I L E D
Clerk
District Court

FEB - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | **William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
2 | 1st Floor, Macaranas Building
P.O. Box 909
3 | Saipan, MP 96950
Telephone (670) 234-7241
4 | Facsimile (670) 234-7530

5 |
**Bruce Berline, Esq.**
6 | **Law Office of Bruce Berline**
1st Floor, Macaranas Building
7 | P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
8 | Telephone: (670) 233-3663
Facsimile (670) 233-5262
9 |
Attorneys for Plaintiff
10 |

11 | IN THE UNITED STATES DISTRICT COURT
FOR THE
12 | NORTHERN MARIANA ISLANDS

13 |
KENNETH COUTURE,                                )   CV NO. 05-0024
14 |                                                      )
                    Plaintiff,                        )
15 |                                                      )   [proposed] ORDER RE: GRANTING
                    v.                                 )   PLAINTIFF'S EX PARTE MOTION FOR
16 |                                                      )   EXTENSION OF TIME TO FILE MOTION
AMERICAN   OVERSEAS   MARINE)   FOR SUMMARY JUDGMENT
17 | CORPORATION and GENERAL DYNAMICS)
CORPORATION,                                    )
18 |                                                      )   Time: N/A
                    Defendants.                     )   Date:  N/A
19 | _____)   Judge: Munson

20 |
          Pursuant to Local Rules 7.1.h.3(b) and LcrR 12.1,  good cause having been shown, and there
21 |
being no objection from the defendants, Plaintiff's Ex Parte Motion for Extension of Time to File
22 |
Motion for Summary Judgment is hereby granted.  Plaintiff shall file his motion for summary judgment
23 |
on or before Thursday, February 8, 2007.
24 |
SO ORDERED.
25 |

26 |      Dated this 2nd day of February, 2007

27 |                                                      _Alex R. Munson_
                                                            ALEX R. MUNSON, Chief Judge
28 |

-1-