1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendants
6  American Overseas Marine Corporation
   and General Dynamics Corporation
7

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12                          FOR THE

13        COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

14

15  KENNETH COUTURE,                    | CIVIL ACTION NO. CV05-0024

16            Plaintiff,

17       vs.                            | **DEFENDANTS EX PARTE MOTION UNDER LOCAL RULE 7.1.h.3(b) FOR AN ORDER ALLOWING DEFENDANTS TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT AND EXHIBITS A-D IN SUPPORT OF THE MOTION; DECLARATION OF SERVICE**

18  AMERICAN OVERSEAS MARINE
    CORPORATION and GENERAL
19  DYNAMIC CORPORATION,

20            Defendants.

21                                      | DATE: N/A
                                         TIME: N/A
22

23       Defendants American Overseas Marine Corporation (AMSEA) and General Dynamics

24  Corporation (GENDYN) pursuant to Local Rule 7.1.h.3(b) and LR 12.1, move Ex Parte for an

25  Order allowing AMSEA and GENDYN to file under seal their Motion for Summary Judgment

26  and Exhibits A-D in support thereof.

27

28

4836-6140-6721.1.053276-00011

AMSEA and GENDYN timely filed their Summary Judgment Motion and exhibits on February 1, 2007. Also filed the same day was a pleading titled "Notice of Filing Under Seal." The Court initially accepted all pleadings so filed under seal together with the exhibits. Subsequently, an e-mail from Court personnel indicated that the Motion would not be considered filed under seal. This Ex Parte Motion seeks an Order preserving the under seal filing and the confidentiality of the Motion together with the exhibits thereto.

The Summary Judgment Motion itself should only be sealed until such time as Plaintiff files his Motion for Summary Judgment, but in any event not later than February 9, 2007. The exhibits to AMSEA's Motion, with the exception of Exh. A, Plaintiff's answers to certain interrogatories, should remain sealed until further Order of the Court. The basis for the under seal filing and good cause for granting this Ex Parte Motion is as follows.

As concerns AMSEA's Motion for Summary Judgment, as noted above the Motion was timely filed on February 1, 2007, the dispositive Motion deadline. Plaintiff was unable to likewise file his Summary Judgment Motion on February 1, 2007 due to communication difficulties between Plaintiff and counsel as Plaintiff is currently at sea on the vessel USNS 1st Lt. JACK LUMMUS.

Accordingly, on February 1, 2007 Plaintiff moved Ex Parte for an extension of time to file his Summary Judgment Motion, and obtained a one week extension until February 8, 2007. AMSEA and GENDYN did not seek an extension to file their Motion electing instead to "play it safe" and file on the dispositive Motion deadline. AMSEA and GENDYN did not oppose Plaintiff's Ex Parte Motion for an extension of time to file on the basis of AMSEA and GENDYN's Motion remaining under seal until such time as Plaintiff filed his Motion, thereby keeping the parties on a level playing field insofar as preparing an opposition to each others Motion.

As concerns the exhibits to AMSEA's Summary Judgment Motion, with the exception of Exh. A. as noted above, the remaining exhibits should remain under seal as they contain proprietary, confidential, and sensitive information concerning AMSEA and GENDYN business with the United States and sensitive confidential information regarding the operation of Military Sealift Command vessels, including the USNS JACK LUMMUS. Furthermore, Plaintiff's counsel will be provided with sealed copies of such exhibits, and have agreed to maintain the confidentiality of such exhibits and to return the exhibits to AMSEA and GENDYN when they are no longer needed for this action.

<u>Certification Pursuant to Local Rule 7.1.h.3(b)</u>. AMSEA and GENDYN have complied with the requirements for moving Ex Parte for an Order preserving the under seal filing made on February 1, 2007. Counsels' respective, phone, fax, and office locations appear in this pleading.

The facts stated above establish the basis for the ex parte application.

Counsel for Defendant David Ledger has on February 5, 2007 tried twice by phone and once by e-mail to contact Plaintiff's Counsel, Bruce Berline to confirm Mr. Berline has no objection to this Ex Parte request. As of the filing of this Motion, Mr. Berline has not been able to respond. However, Mr. Berline has been provided with a PDF version of this Motion by way of e-mail transmission on February 5, 2007; further, as the matters above regarding the Motion and exhibits being under seal were agreed to informally between Ledger and Berline, it appears unlikely that Mr. Berline would have objections to this Ex Parte Motion. In the unlikely event of this occurring, it will be dealt with properly and forthwith.

Granting this request will not impact the hearing of the respective Motions for Summary Judgment, now set for March 15, 2007 at 10:00 a.m..

///

///

1  Based on the foregoing, AMSEA and GENDYN hereby respectfully request the Court to

2  GRANT this Ex Parte Application for under seal filing as described above.

3  DATED: February 5, 2007.

4  CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendant
American Overseas Marine Corporation

## DECLARATION OF SERVICE

The undersigned hereby declares that on the 5th day of February 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANTS EX PARTE MOTION *UNDER LOCAL RULE 7.1.H.3(B)* FOR AN ORDER ALLOWING DEFENDANTS TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT AND EXHIBITS A-D IN SUPPORT OF THE MOTION; DECLARATION OF SERVICE** upon the following Counsels of record:

>William M. Fitzgerald, Esq.
>Law Office of William M. Fitzgerald
>1st Floor, Macaranas Building
>Post Office Box 909
>Ph: 670-234-7241
>Facsimile: 670-234-7530
>Saipan, MP 96950

and

>Bruce Berline, Esq.
>Law Office of Bruce Berline
>1st Floor, Macaranas Building
>Post Office Box 5682 CHRB
>Ph: 670-233-3663
>Facsimile: 670-233-5262
>Garapan, Saipan MP 96950

DATED: February 5, 2007.

_____
DAVID LEDGER