| | |
|---|---|
| CARLSMITH BALL LLP | FILED<br>Clerk<br>District Court |
| DAVID LEDGER (CNMI BAR NO. F0195)<br>Carlsmith Ball LLP Building<br>Capitol Hill<br>Post Office Box 5241<br>Saipan, MP 96950-5241<br>Tel No. 670.322.3455 | FEB - 6 2007<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE<br>CORPORATION and GENERAL<br>DYNAMIC CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. CV05-0024<br><br>[PROPOSED]<br><br>ORDER GRANTING DEFENDANTS<br>EX PARTE MOTION UNDER LOCAL<br>RULE 7.1.h.3(b) FOR AN ORDER<br>ALLOWING DEFENDANTS TO FILE<br>UNDER SEAL THEIR MOTION FOR<br>SUMMARY JUDGMENT AND<br>EXHIBITS THERETO |

Pursuant to Local Rule 7.1.h.3(b) and good cause having been shown, and there being no objection from the Plaintiff, Defendants' Ex Parte Motion to Allow Defendants to file under seal their Motion for Summary Judgment and exhibits thereto is hereby GRANTED.

Defendants' Motion for Summary Judgment shall remain sealed until February 9, 2007 or until otherwise ordered by the Court, whereas the exhibits to Defendants' Motion shall remain sealed until further or of the Court.

DATED: _____FEB - 6 2007_____ .

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

4841-9827-7633.1.053276-00011