1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5

   Attorneys for Defendants
6  American Overseas Marine Corporation
   and General Dynamics Corporation
7

8

9           IN THE UNITED STATES DISTRICT COURT

10                       FOR THE

11     COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

12

13  KENNETH COUTURE,                | CIVIL ACTION NO. CV05-0024

14              Plaintiff,

15       vs.                         | **DEFENDANTS' REQUEST FOR SETTLEMENT CONFERENCE; DECLARATION OF SERVICE**

16  AMERICAN OVERSEAS MARINE
    CORPORATION and GENERAL
17  DYNAMIC CORPORATION,

18              Defendants.

19

20       Presently before the Court is Defendants' Motion for Summary Judgment, set for hearing

21  on March 15, 2007. Defendants hereby request a settlement conference prior to the hearing and

22  in particular request the Court to set the settlement conference for March 14, 2007.

23       Defendants request that the Court require Plaintiff Kenneth Couture to attend the

24  settlement conference.[1] Defendants' representative(s) with full settlement authority will be

25  available by telephone. Defendants' representative(s) are located on the U.S. East Coast and

26

27  _____
    [1] Though Plaintiff is currently at sea on the vessel USNS 1st Lt. JACK LUMMUS, Defendants' information is that
28  the vessel is due to return to Saipan on or about February 23, 2007.

4844-6887-6545.1.053276-00011

given the time zone difference between Saipan and their location accordingly request the Court to commence the settlement conference in the morning of March 14, 2007.

RESPECTFULLY SUBMITTED AND DATED: February 20, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

## DECLARATION OF SERVICE

The undersigned hereby declares that on the 20th day of February 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANTS REQUEST FOR SETTLEMENT CONFERENCE; DECLARATION OF SERVICE** upon the following Counsels of record:

>William M. Fitzgerald, Esq.
>Law Office of William M. Fitzgerald
>1st Floor, Macaranas Building
>Post Office Box 909
>Ph: 670-234-7241
>Facsimile: 670-234-7530
>Saipan, MP 96950

and

>Bruce Berline, Esq.
>Law Office of Bruce Berline
>1st Floor, Macaranas Building
>Post Office Box 5682 CHRB
>Ph: 670-233-3663
>Facsimile: 670-233-5262
>Garapan, Saipan MP 96950

DATED: February 20, 2007.

_____
DAVID LEDGER