F I L E D
Clerk
District Court

FEB 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION, et al.,<br><br>Defendants. | Case No. CV-05-0024<br><br>**ORDER SETTING<br>SETTLEMENT CONFERENCE** |

At the request of the parties, a settlement conference shall be scheduled for **March 14, 2007, at 10 a.m.**

**IT IS SO ORDERED.**

**DATED** this 26th day of February, 2007.

*Alex R. Munson*
ALEX R. MUNSON
Judge