William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | STIPULATION RE PLAINTIFF'S FILING OF OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Date: N/A<br>Time: N/A<br>Judge: Munson |
| Defendants. | |

The above parties hereby stipulate and agree to allow Plaintiff until March 1, 2007 to file his opposition to Defendants' Motion for Summary Judgment.

This stipulation is made in good faith, and based upon good cause without any intention of delaying these proceedings or inconveniencing this Court.

Although filed with this Court much earlier, Defendants' Motion for Summary Judgment was not served upon Plaintiff until Friday, February 16, 2007. Plaintiff was not served until February 16th because Defendants agreed not to object to Plaintiff filing, with this Court's permission, his own

1  summary judgment. Plaintiff's counsel was unable to timely file their summary judgment because
2  Plaintiff was unavailable, and remains unavailable, as he is currently on the Lummus, enroute to Saipan
3  from the mainland. Defendants agreed to give Plaintiff as much time as possible to try to file his
4  summary judgment but did not want to serve Plaintiff with their summary judgment until Plaintiff filed
5  his motion. When it became apparent that Plaintiff was unable to communicate with his counsel, and
6  therefor would not be able to file his summary judgment so as to be heard on March 15, 2007,
7  Defendants served Plaintiff on February 16, 2007. Accordingly, the parties request this Court to approve
8  of their stipulation to allow Plaintiff to file his opposition on or before March 1, 2007 at 3:30 p.m. which
9  is the second Thursday after the week in which the summary judgment motion was served. *See*
10 LR7.1(c)(2).

12 SO STIPULATED AND AGREED TO this 27th day of February, 2007.

BRUCE BERLINE
WILLIAM M. FITZGERALD
Attorneys for Plaintiff Kenneth Couture

CARLSMITH BALL LLP

By:
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation and
General Dynamics Corporation