**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
2nd Floor Macaranas Building, Beach Road
P.O. Box 909
Saipan, MP 96950
Telephone: (670) 234-7241
Facsimile: (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
2nd Floor Macaranas Building, Beach Road
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | [proposed] ORDER GRANTING PARTIES STIPULATION ALLOWING PLAINTIFF UNTIL MARCH 1, 2007 TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | Time: N/A |
| | Date: N/A |
| | Judge: A. Munson |

Having shown good faith and based upon good cause, this Court hereby approves the parties' stipulation and grants their request to allow Plaintiff to file his opposition on or before March 1, 2007 at 3:30 p.m.

Dated: _____

_____
ALEX R. MUNSON, Chief Judge