```
                                                    F I L E D
                                                       Clerk
                                                   District Court

1  William M. Fitzgerald, Esq.
   LAW OFFICE OF WILLIAM M. FITZGERALD          MAR - 1 2007
2  2nd Floor Macaranas Building, Beach Road
   P.O. Box 909                                 For The Northern Mariana Islands
3  Saipan, MP 96950                             By_____
   Telephone: (670) 234-7241                              (Deputy Clerk)
4  Facsimile: (670) 234-7530

5  Bruce Berline, Esq.
   Law Office of Bruce Berline
6  2nd Floor Macaranas Building, Beach Road
   P.O. Box 5682 CHRB
7  Garapan, Saipan, MP 96950
   Telephone: (670) 233-3663
8  Facsimile: (670) 233-5262

9  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| KENNETH COUTURE, | ) | CV NO. 05-0024 |
| Plaintiff, | ) | [proposed] ORDER GRANTING PARTIES STIPULATION ALLOWING PLAINTIFF UNTIL MARCH 1, 2007 TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | ) | |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | ) | |
| Defendants. | ) | Time: N/A<br>Date: N/A<br>Judge: A. Munson |

Having shown good faith and based upon good cause, this Court hereby approves the parties' stipulation and grants their request to allow Plaintiff to file his opposition on or before March 1, 2007 at 3:30 p.m.

Dated: MAR - 1 2007

_____
ALEX R. MUNSON, Chief Judge

-1-