IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

KENNETH COUTURE,                      ) CIVIL ACTION NO. CV05-0024
                                      )
            Plaintiff,                )
                                      )
      v.                              )
                                      )
AMERICAN OVERSEAS MARINE              )
CORPORATION and GENERAL               )
DYNAMICS CORPORATION,                 )
                                      )
            Defendants.               )
_____)

### DEPOSITION OF CAPTAIN DAVID HAGNER

Taken at the Marriot Hotel
Newark International Airport
Newark, New Jersey

October 27, 2006

==========================
Transcribed by:
Celina A. Concepcion
**dba Judicial Services**
Atuhong Place, Chalan Piao
P. O. Box 500051-CK
Saipan, MP 96950
(670) 235-7585

EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | ) CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | ) |
| Defendants. | ) |

On October 27, 2006, at the Marriot Hotel, Newark International Airport, Newark, New Jersey, personally appeared,

**CAPTAIN DAVID HAGNER**

who was thereupon examined as a witness in said cause.

APPEARANCES:

For the plaintiff:        Bruce Berline, Esq.

For defendants:        David Ledger, Esq.

-1-

1  Q  And, you, of course, are the captain, at that time
2     and presently you are the captain of the MV 1st Lt.
3     Jack Lummus?
4  A  Right. We correctly call it the Lummus, but for
5     usage, we can use either, yes.
6     MR. BERLINE: Okay, thank you, that's--
7  A  I'm in the -- I'm in the dissenting minority, but it
8     is correctly Lummus.
9     MR. BERLINE: I will try and ah--
10 A  We can accept the Lummus, too.
11    MR. BERLINE: And adopt that.
12 A  Yes.
13    MR. BERLINE: The Lummus.
14 A  Yes.
15 Q  Okay, ah Mr. Couture cannot go to shore without your
16    permission?
17 A  That's correct.
18 Q  Mr. Inglehart, who is -- was the treating medical
19    officer for Mr. Couture initially, would he know
20    that Mr. Couture could not go ashore without your
21    permission?
22 A  My permission as delegated to department heads.
23 Q  Uh-huh?
24 A  I assume that you're referring to going ashore for
25    medical attention in this context.