William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | SECOND STIPULATION RE PLAINTIFF'S FILING OF OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Date: N/A<br>Time: N/A<br>Judge: Munson |
| Defendants. | |

The above parties hereby stipulate and agree to allow Plaintiff until March 1, 2007 to file his opposition to Defendants' Motion for Summary Judgment.

This Court has already approved of a stipulation by the parties allowing Plaintiff's to file his opposition *by 3:30 p.m.* on March 1, 2007.

However, the 3:30 p.m. deadline was not communicated to Mr. Fitzgerald, Plaintiff's counsel preparing the opposition.

Accordingly, the opposition was filed on March 1, 2007 but after 3:30 p.m.

Accordingly, the parties stipulate to request this Court to accept Plaintiff's opposition as filed on March 1, 2007.

SO STIPULATED AND AGREED TO this 1st day of March, 2007.

_____
BRUCE BERLINE
WILLIAM M. FITZGERALD
Attorneys for Plaintiff Kenneth Couture


CARLSMITH BALL LLP

By: _____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation and
General Dynamics Corporation