**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone:  (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | ) CV NO. 05-0024 |
| Plaintiff, | ) |
| v. | ) **[proposed] ORDER GRANTING PARTIES' SECOND STIPULATION RE PLAINTIFF'S FILING OF OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT** |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | ) |
| Defendants. | ) Date:   N/A<br>) Time:  N/A<br>) Judge: Munson |

In consideration of the stipulation by the parties, this Court will accept Plaintiff's opposition filed on March 1, 2007.

Dated:_____

_____
ALEX R. MUNSON, Chief Judge