F I L E D
Clerk
District Court

MAR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | [proposed] ORDER GRANTING PARTIES' SECOND STIPULATION RE PLAINTIFF'S FILING OF OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Date: N/A |
| Defendants. | Time: N/A |
| | Judge: Munson |

In consideration of the stipulation by the parties, this Court will accept Plaintiff's opposition filed on March 1, 2007.

Dated: MAR - 5 2007

*Alex R. Munson*
ALEX R. MUNSON, Chief Judge