F I L E D
Clerk
District Court

MAR - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION, et al.,<br><br>Defendants. | Case No. CV-05-0024<br><br>**ORDER RE: MOTION TO COMPEL ATTENDANCE AT SETTLEMENT CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 16(a) and Local Rule 16.2CJ.e.5(b), all parties and their representative with full authority to participate in settlement negotiations and to effect a complete compromise of the case are hereby compelled to personally attend the settlement conference on March 14, 2007, at 10:00 a.m. Telephonic attendance will not be allowed.

**IT IS SO ORDERED.**

**DATED** this 9th day of March, 2007.

_____
ALEX R. MUNSON
Judge