**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | **[proposed] ORDER DENYING DEFENDANTS' EXPARTE MOTION UNDER LOCAL RULE 7.1.H.3(b) TO COMPEL ATTENDANCE OF PLAINTIFF AT SETTLEMENT CONFERENCE.** |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | Date: March 14, 2007<br>Time: 10:00 a.m.<br>Judge: Munson |

This Court finds that the presence of Plaintiff's counsel at the settlement conference complies with LR 16.2CJ(c)(5)(a). Moreover, Plaintiff's assurances that he will be available via telephone and will come to the Court, forthwith, if his presence is deemed necessary will avoid any interference with any progress made during the settlement negotiations. Accordingly, Defendants' *Ex parte* Motion under Local Rule 7.1.h.3(b) to Compel Attendance of Plaintiff at Settlement Conference is denied.

DATED:_____

_____
ALEX R. MUNSON, Chief Judge