IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | ) CIVIL ACTION NO. CV05-0024 |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | ) |
| Defendants. | ) |

On October 27, 2006, at the Marriot Hotel, Newark International Airport, Newark, New Jersey, personally appeared,

**TAMMY DUCHARME**

who was thereupon examined as a witness in said cause.

<u>APPEARANCES</u>:

For the plaintiff:  William M. Fitzgerald, Esq.
                    Bruce Berline, Esq.

For defendants:     David Ledger, Esq.


EXHIBIT A

-1-

1     a standard one that we use, but they do come back

2     from the doctor. There could be ah --

3     here...[indiscernible] different way they can show

4     up.

5 Q   That would be ah, I think ah, maybe page 5 of 12 of

6     Exhibit A?

7 A   That is correct.

8     MR. BERLINE: Okay.

9 A   That is, yeah -- yes, that is correct.

10    MR. BERLINE: Okay, um...[long pause], I think that

11 is it. Um, Mr. Ledger, do you have anything?

12    MR. LEDGER: I just have a couple.

13            CROSS EXAMINATION

14 BY MR. LEDGER:

15 Q   At the time of Mr. Couture's injury in March of

16     2004, March 25th, 2004, um we know that he was on the

17     Lummus, we know that Carl Inglehart was on the

18     Lummus and treated him. At that time, do you know

19     how many ah, ships were in AMC's fleet?

20 A   At that point in time, I believe there were, I wanna

21     say 30? Or we may not have even reached 30, but it

22     was somewhere between I would say 26 and 30 vessels.

23 Q   And in your -- in your role as chief of insurance

24     claims at that time, were you responsible for doing

25     the sort of paperwork that you've done for Ken