Sep 27, 2005    Plaintiff's Initial Disclosure Statement Pursuant to LR 16.2 CJ (d)

Oct 11, 2005    Defendant's Initial Disclosures; Certificate of Service

Feb 17, 2006    Plaintiff's Supplemental Initial Disclosure Statement Pursuant to LR 16.2 CJ (d)

Dec 14, 2005    Plaintiff's 1st Set of Request for Admissions to Defendant American Overseas Marine Corp.

Jan 19, 2006    Defendants' Response to Plaintiff's 1st Set of Request for Admissions; Certificate of Service

Jun 30, 2006    Plaintiff's 2nd Set of Request for Admissions to Defendant American Overseas Marine Corp.

Jul 28, 2006    Defendant American Overseas Marine Corp's Response to Plaintiff's 2nd Set of Request for Admissions; Certificate of Service

Sep 14, 2006    Defendants' Supplemental Response to Plaintiff's 2nd Set of Request for Admissions; Certificate of Service

Aug 17, 2006    Plaintiff's 3rd Set of Request for Admissions to Defendant American Overseas Marine Corp.

Sep 18, 2006    Defendants' Response to Plaintiff's 3rd Set of Request for Admissions; Certificate of Service

Nov 12, 2005    Proof of Service; Plaintiff's response to Defendants' First set of requests for production of documents. Plaintiff's response to Defendant's First request for answers to interrogatories. - Jaime Saiki

Dec 20, 2005    Proof of Service; Plaintiff's first set of requests for production of Docs and things to Defendant American Overseas Marine Corp.; Plaintiff's first set of requests for admissions to Def. American Overseas Marine Corp.; Plaintiff's first set of interrogatories to Defendant American Overseas Marine Corp. - Jaime Saiki

Sep 22, 2005    Defendants' 1st Request for Production of Documents; Certificate of Service

Nov 11, 2005    Plaintiff's Responses to Defendant's 1st Request for Production of Documents

Dec 16, 2005    Plaintiff's 1st Set of Requests for Production of Documents and Things to Defendant American Overseas Marine Corp.


EXHIBIT D

| | |
|---|---|
| Jan 19, 2006 | Defendants' Response to Plaintiff's 1st Set of Request for Production of Documents and Things; Certificate of Service |
| Feb 28, 2006 | Defendants' Supplemental Response to Plaintiff's 1st Set of Request for Production of Documents and Things; Certificate of Service |
| May 23, 2006 | Defendants' 2nd Supplemental Response to Plaintiff's 1st Set of Request for Production of Documents and Things |
| Jul 24, 2006 | Plaintiff's 2nd Set of Requests for Production of Documents and Things to Defendant American Overseas Marine Corp. |
| Jan 11, 2007 | Plaintiff's 1st set of requests for production of Documents and Things to Defendant General Dynamics Corp |
| Feb 12, 2007 | Defendants' responses to Plaintiff's first set of requests for production of Documents; Declaration of service |
| Sep 22, 2005 | Defendant's 1st Request for Answers to Interrogatories; Certificate of Service |
| Nov 11, 2005 | Plaintiff's Responses to Defendant's 1st Request for Answers to Interrogatories |
| Feb 24, 2005 | Plaintiff's Supplemental Response to Defendant's 1st Request for Answers to Interrogatories |
| Dec 20, 2005 | Plaintiff's 1st Set of Requests for Interrogatories to Defendant American Overseas Marine Corp. |
| Jan 19, 2006 | Defendants' Response to Plaintiff's 1st Set of Requests for Interrogatories; verification; Certificate of Service |
| Jun 29, 2006 | Plaintiff's 2nd Set of Requests for Interrogatories to Defendant American Overseas Marine Corp. |
| Jul 28, 2006 | Defendant American Overseas Marine Corp.'s Response to Plaintiff's 2nd Set of Requests for Interrogatories; Certificate of Service |
| Sep 14, 2006 | Defendants' Response to Plaintiff's 2nd Set of Requests for Interrogatories; Certificate of Service |
| Oct 19, 2006 | Defendants' Supplemental Response to Plaintiff's 2nd Set of Interrogatories; Certificate of Service |

Apr 17, 2006   Plaintiff's Expert Witness Disclosure

May 01, 2006   Defendants' Expert Witness Disclosures; Exhibit A; Certificate of Service

May 10, 2006   Defendants' Supplemental Expert Witness Disclosures; Exhibit A; Certificate of Service