William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

Bruce Berline, Esq.
Law Office of Bruce Berline
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | STIPULATION TO CONTINUE SETTLEMENT CONFERNCE |
| v. | Date: N/A |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | Time: N/A  Judge: Munson |
| Defendants. | |

The parties to the above-captioned case hereby stipulate that the Settlement Conference, currently scheduled for August 9, 2006 at 9:00 a.m., be taken off calendar until the parties determine that such talks may likely result in a resolution of the matter or until this Court orders otherwise.



EXHIBIT K

1  SO STIPULATED AND AGREED TO this __8__ day of August, 2006.

/s/   Bruce Berline
BRUCE BERLINE
Attorneys for Plaintiff Kenneth Couture

SO STIPULATED AND AGREED TO this __8th__ day of August, 2006.

CARLSMITH BALL LLP

By: _____
DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation and
General Dynamics Corporation