```
                                                    FILED
                                                     Clerk
                                                  District Court

                                                   OCT 1 0 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455

5

6  Attorneys for Defendant
   American Overseas Marine Corporation

7

8

9                UNITED STATES DISTRICT COURT

10                       FOR THE

11              NORTHERN MARIANA ISLANDS

12

13 | KENNETH COUTURE,              | CIVIL ACTION NO. CV05-0024
14 |         Plaintiff,            |
15 |   vs.                         |
   |                               | **AMENDED CASE MANAGEMENT
16 | AMERICAN OVERSEAS MARINE      | SCHEDULING ORDER**
   | CORPORATION and GENERAL       |
17 | DYNAMICS CORPORATION,         |
18 |         Defendants.           |

19
       Pursuant to Defendant's motion for new case management dates the Court conducted a

20
   Status Conference on September 22, 2006. William Fitzgerald and Bruce Berline appeared on
21
   behalf of the Plaintiff and David Ledger appeared on behalf of the Defendants. After hearing
22
   arguments from Counsel, and good cause appearing therefore, the Court ordered that the Case
23
   Management Order be amended as follows:
24

25
         1.    Trial:                 April 9, 2007;
26
         2.    Pretrial Conference:   March 30, 2007 at 10:00 a.m.;
27

28

4810-9336-4225.1.053276-00011



EXHIBIT
N

3. Discovery cutoff: March 1, 2007. All written discovery shall be served by this date and all fact and expert witness depositions shall be completed; *provided, however*, that depositions of Capt. David Hagner and Chief Mate Peter Kirk may be taken at a mutually agreeable time up to one week prior to trial;

4. Settlement Conference: upon request of either party;

5. Dispositive motions: to be briefed and noticed so as to be heard by March 1, 2007.

SO ORDERED: 10-10-06

HONORABLE ALEX R. MUNSON
District Judge

SUBMITTED BY:

DATED: October 4, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
American Overseas Marine Corporation

APPROVED AS TO FORM AND CONTENT:

DATED: October 4, 2006.

LAW OFFICES OF
WILLIAM M. FITZGERALD

WILLIAM M. FITZGERALD
Attorneys for Plaintiff
Kenneth Couture

4810-9336-4225.1.053276-00011                -2.-

RECEIVED
OCT - 6 2006
Clerk
District Court
The Northern Mariana Islands