FILED
Clerk
District Court

MAR 12 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION, et al.,<br><br>Defendants. | Case No. CV-05-0024<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

The settlement conference currently set for March 14, 2007, at 10:00 a.m., is hereby rescheduled for **4:30 p.m.** the same day.

**IT IS SO ORDERED.**

**DATED** this 12th day of March, 2007.

_____
ALEX R. MUNSON
Judge