1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI Bar No. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendants
6  American Overseas Marine Corporation
   and General Dynamics Corporation
7

8

9              UNITED STATES DISTRICT COURT

10                      FOR THE

11              NORTHERN MARIANA ISLANDS

12

13 KENNETH COUTURE,                    CIVIL ACTION NO. CV05-0024

14           Plaintiff,

15    vs.                              DEFENDANTS' SUPPLEMENTAL
                                       RULE 26 DISCLOSURES;
16 AMERICAN OVERSEAS MARINE            CERTIFICATE OF SERVICE
17 CORPORATION and GENERAL
   DYNAMICS CORPORATION,
18
             Defendants.
19

20

21         Defendants American Overseas Marine Corporation and General Dynamics Corporation

22 submit the following supplemental disclosure statement pursuant to Fed. R. Civ. P. 26(e):

23         I.    Persons likely to have Discoverable Information

24         1.    Michael Steven Rueter. Mr. Rueter is employed on the vessel JACK LUMMUS

25 and has knowledge of the injury to Plaintiff Couture. Mr. Rueter signed as a witness on Mr.

26 Couture' "Report of Incident" and although not a witness to the incident/injury, has knowledge of

27

28

4832-7893-7601.1.053276-00011

1  the pipe rack involved in the incident.

2  DATED: March 12, 2007

3  CARLSMITH BALL LLP

/s/ David Ledger

DAVID LEDGER
Attorneys for Defendants
American Overseas Marine Corporation
and General Dynamics Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of March 2007, I will cause to be served, via electronic filing/service, a true and correct copy of **DEFENDANTS' SUPPLEMENTAL DISCLOSURES (RULE 26(E)); CERTIFICATE OF SERVICE** upon the following Counsels of record:

> William M. Fitzgerald, Esq.
> Law Office of William M. Fitzgerald
> 1st Floor, Macaranas Building
> Post Office Box 909
> Saipan, MP 96950

and

> Bruce Berline, Esq.
> Law Office of Bruce Berline
> 1st Floor, Macaranas Building
> Post Office Box 5682 CHRB
> Garapan, Saipan MP 96950

DATED: March 12, 2007

DAVID LEDGER