**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone:  (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | PLAINTIFF'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR CONTINUANCE TO CONDUCT ADDITIONAL DISCOVERY PURSUANT TO FED. R. CIV. P. 56(f). |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | |
| | Time: March 29, 2007 |
| | Date: 10:00 a.m. |
| | Judge: Munson |

Comes now Plaintiff Kenneth Couture, by and through his attorney of record, Bruce Berline, and, pursuant to Local Rule 7.1.h.3(b) and LcrR 12.1, moves *ex parte* for an Order Shortening Time to Hear Plaintiff's Motion for Continuance to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(f).

This ex parte motion is based upon the fact that counsel for Plaintiff filed both an opposition to Defendants' Motion for Summary Judgment and a separate motion based upon Rule 56(f), instead of filing the usual affidavit in lieu of an opposition to a motion for summary judgment. Two motions were

filed because Plaintiff believes that he should prevail against the summary judgment motion as a matter of law, however, if additional facts are needed, Plaintiff must have a continuance for the reasons stated in his Rule 56(f) motion

Accordingly, because of the relationship of the Rule 56(f) motion with Defendants' summary judgment motion, it is logical to argue Plaintiff's Rule 56(f) motion during the hearing for Defendants' Motion for Summary Judgment - presently scheduled for March 15, 2007 at 10:00 a.m.  Currently, the Rule 56(f) motion is scheduled pursuant to this Court's local rules.

Counsel for Plaintiff, Bruce Berline, contacted David Ledger, counsel for Defendants, and Mr. Ledger stated that he has no objection to this ex parte request.  Mr. Ledger also stated that his office will be filing an opposition to Plaintiff's Rule 56(f) before the hearing on Defendants' Motion for Summary Judgment.

Dated this 12th day of February, 2007.

_____//s//_____
BRUCE BERLINE
Attorney for Plaintiff
P.O. Box 5682 CHRB
Saipan, MP 96950