**William M. Fitzgerald, Esq.**
**LAW OFFICE OF WILLIAM M. FITZGERALD**
1st Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
1st Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone:  (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | |
| v. | [proposed] ORDER RE: GRANTING PLAINTIFF'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR CONTINUANCE TO CONDUCT ADDITIONAL DISCOVERY PURSUANT TO FED. R. CIV. P. 56(f). |
| AMERICAN OVERSEAS MARINE CORPORATION and GENERAL DYNAMICS CORPORATION, | |
| Defendants. | |
| | Time: N/A |
| | Date: N/A |
| | Judge: Munson |

Pursuant to Local Rules 7.1.h.3(b) and LcrR 12.1, good cause having been shown, and there being no objection from the Defendants, Plaintiff's Ex Parte Motion for Order Shortening Time to Hear Plaintiff's Motion for Continuance to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(f) is hereby granted.

1   Accordingly, it is hereby ordered that any oral argument by the parties on Plaintiff's Motion for
2   Continuance to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(f) shall be heard during
3   the hearing scheduled for oral argument on Defendants' Motion for Summary Judgment, presently set
4   for March 15, 2007, at 10:00 a.m..

6   SO ORDERED.

8       Dated:_____.

                                                    ALEX R. MUNSON, Chief Judge