FILED
Clerk
District Court

MAR 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  William M. Fitzgerald, Esq.
   LAW OFFICE OF WILLIAM M. FITZGERALD
2  1st Floor, Macaranas Building
   P.O. Box 909
3  Saipan, MP 96950
   Telephone (670) 234-7241
4  Facsimile (670) 234-7530

5

6  Bruce Berline, Esq.
   Law Office of Bruce Berline
   1st Floor, Macaranas Building
7  P.O. Box 5682 CHRB
   Garapan, Saipan, MP 96950
8  Telephone: (670) 233-3663
   Facsimile: (670) 233-5262

9

   Attorneys for Plaintiff
10

11              IN THE UNITED STATES DISTRICT COURT

12                          FOR THE

13                 NORTHERN MARIANA ISLANDS

14
   KENNETH COUTURE,                    )  CV NO. 05-0024
15                                      )
               Plaintiff,              )
16                                      )  [proposed] ORDER RE: GRANTING
               v.                      )  PLAINTIFF'S EX PARTE MOTION FOR
17                                      )  ORDER SHORTENING TIME TO HEAR
   AMERICAN  OVERSEAS  MARINE)           PLAINTIFF'S  MOTION  FOR
18 CORPORATION and GENERAL DYNAMICS)     CONTINUANCE  TO  CONDUCT
   CORPORATION,                        )  ADDITIONAL DISCOVERY PURSUANT
19                                      )  TO FED. R. CIV. P. 56(f).
               Defendants.             )
20                                      )
                                        )  Time: N/A
21                                      )  Date: N/A
                                        )  Judge: Munson
22

23        Pursuant to Local Rules 7.1.h.3(b) and LcrR 12.1, good cause having been shown, and there

24  being no objection from the Defendants, Plaintiff's Ex Parte Motion for Order Shortening Time to Hear

25  Plaintiff's Motion for Continuance to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(f)

26  is hereby granted.

27

28

                                       -1-

-2-

1    Accordingly, it is hereby ordered that any oral argument by the parties on Plaintiff's Motion for

2  Continuance to Conduct Additional Discovery Pursuant to Fed. R. Civ. P. 56(f) shall be heard during

3  the hearing scheduled for oral argument on Defendants' Motion for Summary Judgment, presently set

4  for March 15, 2007, at 10:00 a.m..

5

6  SO ORDERED.

7

8    Dated: _3-13-07_.

9                                                        _____
                                                         ALEX R. MUNSON, Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28