```
                                        F I L E D
                                           Clerk
                                        District Court

                                        MAR 15 2007

                                    For The Northern Mariana Islands
                                    By_____
                                             (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | Case No. CV-05-0024 |
| Plaintiff, | |
| vs. | NOTICE OF ORDER CONTINUING SETTLEMENT CONFERENCE |
| AMERICAN OVERSEAS MARINE CORPORATION, et al., | |
| Defendants. | |

During the March 15, 2007, hearing, the parties were ordered to appear on Monday, **March 26, 2007, at 9:00 a.m.**, for the continuation of the settlement conference. All parties and their representative with full authority to participate in settlement negotiations and to effect a complete compromise of the case are hereby compelled to personally attend the settlement conference. Telephonic attendance will not be allowed. Failure to abide by this order may result in sanctions, including the striking of the answer.

**IT IS SO ORDERED.**

**DATED** this 15th day of March, 2007.

_____
ALEX R. MUNSON
Judge