1  CARLSMITH BALL LLP

2  DAVID LEDGER (CNMI BAR NO. F0195)
   Carlsmith Ball LLP Building
3  Capitol Hill
   Post Office Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendants
6  American Overseas Marine Corporation
   and General Dynamics Corporation
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                          FOR THE

11      COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

12

13  KENNETH COUTURE,                    CIVIL ACTION NO. CV05-0024

14                  Plaintiff,

15      vs.                             **JOINT REQUEST BY THE PARTIES
                                        TO EXTEND DATE TO FILE
16  AMERICAN OVERSEAS MARINE            PRETRIAL PLEADINGS AND
    CORPORATION and GENERAL             OPPOSITIONS TO PENDING
17  DYNAMIC CORPORATION,                MOTIONS; DECLARATION OF
                                        SERVICE**
18                  Defendants.

19

20      This action is currently set for Trial on April 9, 2007.  Certain Pre-trial pleadings and

21  Motion papers are due, as follows:

22      1.      Joint Pre-trial Order, March 16, 2007.

23      2.      Trial Brief, Exhibit List, Witness List, Proposed Voir Dire Questions, Proposed

24  Jury Instructions and Proposed Verdict Form, March 26, 2007.

25      3.      Defendants' Opposition to Plaintiff's Motion For Sanction, March 22, 2007.

26
        4.      Plaintiff's Opposition to Defendants Motion For Sanctions, (date for Opposition
27
    not yet set).
28

4836-4850-3041.1.053276-00011

1
2
3
4
5
6
7

The parties continue to work toward a settlement of this action, and the Court has set a settlement conference for March 26, 2007. In light of this, the parties would like to delay (and if possible avoid altogether) the expense involved to prepare the pleadings listed above, so as to focus efforts on settlement and hopefully render preparation of the listed pleadings unnecessary. In addition, Counsel for Plaintiff Mr. Bruce Berline is presently ill and admitted to the hospital on Saipan and unable to work on the listed pleadings.

8
9
10
11

On March 19, 2006, I discussed the above issues and this joint request to extend dates to file pleadings with Plaintiff's Counsel William Fitzgerald, suggesting March 29, 2007 as the new date. Mr. Fitzgerald agrees with March 29, 2007 to file the above-listed pleadings, and authorized me to so state in this pleading.

12
13
14

Therefore, for good cause shown, the parties jointly request that the Court allow the pleadings listed above to be filed on March 29, 2006.

15

SUBMITTED: March 19, 2007.

16

CARLSMITH BALL LLP

17
18
19

DAVID LEDGER
Attorneys for Defendant
American Overseas Marine Corporation

20
21
22
23
24
25
26
27
28

1

### DECLARATION OF SERVICE

2    The undersigned hereby declares that on the 19th day of March 2007, I will cause to be

3 served, via electronic filing/service, a true and correct copy of the **JOINT REQUEST BY THE**

4 **PARTIES TO EXTEND DATE TO FILE PRETRIAL PLEADINGS AND OPPOSITIONS**

5 **TO PENDING MOTIONS; DECLARATION OF SERVICE** upon the following Counsels of

6 record:

7

8    William M. Fitzgerald, Esq.
Law Office of William M. Fitzgerald
9    1st Floor, Macaranas Building
Post Office Box 909
10    Ph: 670-234-7241
Facsimile: 670-234-7530
11    Saipan, MP 96950

12 and    Bruce Berline, Esq.
Law Office of Bruce Berline
13    1st Floor, Macaranas Building
Post Office Box 5682 CHRB
14    Ph: 670- 233-3663
Facsimile: 670-233-5262
15    Garapan, Saipan MP 96950

16

    DATED: March 19, 2007.

17

18

19    _____
DAVID LEDGER
20

21

22

23

24

25

26

27

28