F I L E D
Clerk
District Court

MAR 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN OVERSEAS MARINE CORPORATION, et al.,<br><br>Defendants. | Case No. CV-05-0024<br><br>**ORDER:**<br>1) GRANTING JOINT REQUEST TO EXTEND DEADLINES;<br>2) RESETTING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS; and<br>3) GRANTING DEFENDANTS' MOTION TO SHORTEN TIME |

This matter came before the court on March 19, 2007, on defendants' motion to shorten time to hear their amended motion for sanctions and on the parties request to extend filing deadlines. Defendants' Ex Parte Motion Under Local Rule 7.1.h3(b) to Shorten Time to Hear Amended Motion For Sanctions, No. 63 (Mar. 19, 2007); Joint Request by the Parties to Extend Date to File Pretrial Pleadings and Oppositions to Pending Motions, No. 64 (Mar. 19, 2007).

For good cause appearing, the motions are hereby **GRANTED**. Accordingly, this order shall amend any previous order. The following documents, if any, shall be filed no later than **March 29, 2007, at 3:30 p.m.**:

1) Trial brief, exhibit list, witness list, proposed voir dire questions;

2) Stipulated proposed jury instructions;

3) Defendants' opposition to plaintiff's motion for sanctions; and

4) Plaintiff's opposition to defendants' motion for sanctions.

The following documents, if any, shall be provided to the court (but not filed) no later than **March 29, 2007, at 3:30 p.m.**:

1) Jointly prepared proposed final pretrial order; and

2) All proposed jury instructions.

The following documents, if any, shall be filed no later than **April 2, 2007, at 3:30 p.m.**:

1) Reply to defendant's opposition to plaintiff's motion for sanctions; and

2) Reply to plaintiff's opposition to defendants' motion for sanctions.

The hearing for defendants' motion for sanctions shall be scheduled for April 5, 2007, at 10:00 a.m. The final pretrial conference shall immediately follow the hearing.

**IT IS SO ORDERED.**

**DATED** this 20th day of March, 2007.

_____
ALEX R. MUNSON
Judge