**William M. Fitzgerald, Esq.**
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
P.O. Box 909
Saipan, MP 96950
Telephone (670) 234-7241
Facsimile (670) 234-7530

**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
2nd Floor, Macaranas Building
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, | CV NO. 05-0024 |
| Plaintiff, | STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION, and GENERAL DYNAMICS CORPORATION, | Date:<br>Time:<br>Judge: Munson |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Couture, by and through his attorney of record, Bruce Berline, and Defendants American Overseas Marine Corporation and General Dynamics Corporation, by and through their attorney of record, David Ledger, hereby stipulate and agree to request this Court to dismiss this matter, in its entirety, with prejudice.

1  The above parties further agree and stipulate that this Court shall retain jurisdiction over the
2  parties and this matter for purposes of obtaining and enforcing an order in aid of judgment to enforce
3  the terms and provisions of the settlement agreement which was executed by the parties in this action
4  and request this Court to include such provision in its Order of Dismissal.

5  Finally, the above parties agree and stipulate that each side will bear their own attorney's fees
6  and costs associated with this matter with the exception of certain costs expressly set forth, and agreed
7  upon by the parties, in the settlement agreement and request this Court to include such provision in its Order of Dismissal.

8

9  SO STIPULATED.

10

11

12  DATED 4/11/07

BRUCE BERLINE
Attorney for Plaintiff Kenneth Couture

13

14  CARLSMITH BALL LLP

15  Attorneys for Defendants American Overseas
    Marine Corporation and
16  General Dynamics Corporation

17

18  DATED April 11, 2007        By: _____
19                                  DAVID LEDGER

20
21
22
23
24
25
26
27
28