F I L E D
Clerk
District Court

APR 2 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH COUTURE, ) | Civil Action No. 05-0024 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATION OF DIS- |
| AMERICAN OVERSEAS MARINE ) | MISSAL WITH PREJUDICE, |
| CORPORATION and GENERAL ) | RETAINING JURISDICTION |
| DYNAMICS, ) | TO ENFORCE SETTLEMENT, |
| ) | AND CLOSING FILE |
| Defendants ) | |
| _____ ) | |

PURSUANT TO the April 11, 2007, stipulation of the parties,

IT IS ORDERED that this matter be and hereby is dismissed with prejudice; and,

IT IS FURTHER ORDERED that the court shall retain jurisdiction to enforce the terms of the settlement agreement by and between the parties; and,

IT IS FURTHER ORDERED that this file be and hereby is closed.

DATED this 25th day of April, 2007.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge